UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.Z., et al,

                                Plaintiff,

                -v-

N.Y.C. DEP'T of EDUC.,


                              Defendants.

23 Civ. 7169 (PAE)

<u>ORDER OF DISCONTINUANCE</u>

---

PAUL A. ENGELMAYER, District Judge:

     The Court having been advised, *see* Dkt. 12, by the parties that they have reached an agreement in this matter, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to plaintiff's right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

     To be clear, any application to reopen must be filed within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

SO ORDERED.

                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: January 2, 2024
        New York, New York